# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

VALERIE DIBBLE, JOE REMILLARD,  )
DANIEL SACHS, ROBERT SHERER,  )
and JEANNE SPERRY,  )
                )
      Plaintiffs,  )    Civil Action File No.:
                )    1:04-CV-3185-GET(SSC)
vs.  )
                )
BOARD OF REGENTS OF THE  )
UNIVERSITY SYSTEM OF GEORGIA,  )
Operating an educational unit known as:  )
Kennesaw State University,  )
                )
      Defendant.  )
_____)

## MOTION FOR PROTECTIVE ORDER
## AND TO STAY DISCOVERY

**COMES NOW**, David E. Betts, counsel for Plaintiffs, and hereby requests this Court stay all discovery proceedings until such time as new counsel is obtained by Plaintiffs in this matter. David E. Betts will be requesting this Court to allow him to withdraw as counsel for the Plaintiffs on the grounds that his clients no longer desire to use his legal services in this action. This motion will be filed after giving ten (10) days notice to the Plaintiffs in compliance with Rule 83.1.

Plaintiffs request that this Court allow adequate time for Plaintiffs to obtain new counsel in this matter and to stay discovery proceedings until

1

new counsel can be obtained.

Counsel for Defendant was notified of these facts on October 12, 2005, and was informed that the deposition scheduled for Friday, October 14, 2005, would have to be postponed. After that telephone conversation, five Notices of Depositions were electronically filed with this Court to begin Friday, October 14, 2005, which were electronically served on David E. Betts. Plaintiffs' counsel files this Motion to enable an orderly transition of representation in this matter. Under Local Rule 83.1, Plaintiff has twenty (20) days of the appointment of new counsel or their desire to appear pro se after this Court grants current counsel's request to withdraw from representation of the Plaintiffs in this case.

Both extensions and stays for discovery have been sought pursuant to the request of the Attorney General's Office of the State of Georgia because of personal circumstances concerning counsel for the Defendant. Plaintiffs' counsel has always cooperated with these requests. Therefore, Plaintiffs should be entitled to the same consideration for a stay considering their desire to be represented by different counsel in this matter.

**WHEREFORE**, Plaintiffs pray that this Court grant a Protective Order and stay or an extension of discovery until a reasonable time has been given to the Plaintiffs to obtain new counsel in this matter.

2

Respectfully submitted,

This _13_ day of October, 2005.

David E. Betts
Georgia Bar No.: 055850

**BETTS & ASSOCIATES**
The Grant Building, Suite 200
44 Broad Street, NW
Atlanta, Georgia 30303
(404) 577-8888 telephone
(404) 577-0080 facsimile

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _13_ day of October, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing. Additionally, I have also this day served a true and correct copy of the foregoing pleading by having a copy of the same mailed via U.S. Mail, properly addressed and with postage upon:

> Thurbert Baker, Esq.
> Bryan Webb, Esq.
> Steffanie W. Morrison, Esq.
> State of Georgia Law Department
> 40 Capitol Square SW
> Atlanta, Georgia 30334-1300

This _13_ day of October, 2005.

Respectfully submitted,

By: _____
David E. Betts
Georgia Bar No.055850

BETTS & ASSOCIATES
The Grant Building, Suite 200
44 Broad Street, NW
Atlanta, Georgia 30303
(404) 577-8888 telephone
(404) 577-0080 facsimile