# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| VALERIE DIBBLE,<br>JOE REMILLARD, DANIEL SACHS,<br>ROBERT SHERER, and<br>JEANNE SPERRY,<br><br><br>Plaintiffs,<br><br>v.<br><br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY SYSTEM OF<br>GEORGIA, Operating an<br>Educational Unit known as<br>KENNESAW STATE UNIVERSITY,<br><br>Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br><br><br><br>Civil Action No.<br>1:04-CV-3185-GET (SSC) |

## <u>MOTION TO DISMISS</u>

Pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii), the Plaintiffs

Valerie Dibble, Joe Remillard, Daniel Sachs, Robert Sherer, and Jeanne Sperry,

wish to dismiss this action with prejudice.  All of the parties stipulate to this

motion to dismiss, each to bear its/his/her own costs, as demonstrated by the

signatures below.

This 8th day of December, 2005.

1

Stipulated to by:

For the Plaintiffs:

s/Kelly J. Beard
Georgia Bar No. 044380
Beard & Chang, LLC
817 W. Peachtree Street
Suite 208
Atlanta, Georgia 30308
404-961-7231
kbeard@beardchanglaw.com

For the Defendant:

Thurbert E. Baker
Attorney General          033887

Dennis R. Dunn
Deputy Attorney General  234098

s/Bryan K. Webb
Bryan K. Webb          743580
Senior Assistant Attorney General

s/Steffanie Walke Morrison
Steffanie Walke Morrison  731173
Assistant Attorney General

Please serve:

Steffanie Walke Morrison
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
404-656-3393
404-657-9932 (FAX)
steffanie.morrison@law.state.ga.us

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2005, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification to the following CM/ECF participant:

>  Steffanie Walke Morrison
>  Assistant Attorney General
>  40 Capitol Square, SW
>  Atlanta, Georgia 30334

This 8th day of December, 2005.

>  Respectfully submitted,
>
>  s/  Kelly J. Beard
>  Georgia Bar No. **044380**
>  Beard & Chang, LLC
>  The Biltmore, Suite 208
>  817 West Peachtree Street
>  Atlanta, Georgia 30308
>  404.961.7231
>  kbeard@beardchanglaw.com
>
>  Attorney for Plaintiffs

3